AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 4:20-MJ-1023 | 02/19/2020 17:25 | Edward Raff |

Inventory made in the presence of: Edward Raff

Inventory of the property taken and name of any person(s) seized:

201-B South Elm Street, Greenville, NC 27858
1. macbook pro C02Q8P7HFVH3 and power cord
2. Apple laptop (white) and power cord
3. Apple Macbook C02LP92SF5V7 and power cord
4. Apple Ipad F9GZ8N5GMF3M
5. Apple Ipad DMQK1GPPDFHW with Otterbox
6. GoPro HD3WA05716820DB battery and case

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/20/2020

Executing officer's signature

SA John Longmire
Printed name and title